# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**CONNIE RECKART,**

    Plaintiff,

v.                                                      Case No: 8:21-cv-1754-MSS-SPF

**LINDA M. WERLEIN, individually
and d/b/a
EURO PROS K-9 CENTER,**

    Defendant.

_____

## ORDER

On November 18, 2021, the Mediator filed a Mediation Report, informing the Court that this case has settled. (Dkt. 12) Therefore, it is hereby **ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **STAYED** for thirty (30) calendar days from the date of this Order to allow the Parties to file either a Joint Notice of Voluntary Dismissal or a Joint Motion to Approve Proposed FLSA Settlement Agreement. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). If the FLSA claim was resolved without compromise, a joint motion to approve proposed FLSA settlement is unnecessary. Bonetti v. Embarq Management Co., 715 F. Supp.2d 1222, 1227 n.7 (M.D. Fla. 2009). Instead, the Parties are directed to file a notice of dismissal indicating that the claim has been resolved without compromise.

**DONE and ORDERED** in Tampa, Florida this 22nd day of November 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party